# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2006

131717

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOSEPH CORTEZ DAVENPORT,
     Defendant-Appellant.

SC: 131717
COA: 259297
Oakland CC: 2004-195472-FC

_____/

     On order of the Court, the application for leave to appeal the June 1, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2006

t1120

Clerk